UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSS KOVANDA and JAMES LaROSE, as Executors of the Estate of Karen Ann Kovanda and as Trustees of the Karen Ann Kovanda Revocable Living Trust,<br><br>PLAINTIFFS<br><br>v.<br><br>HEITMAN, LLC, as Administrator of the HEITMAN EMPLOYEES ADVANTAGE RETIREMENT PLAN, and HEIDI HALLISEY,<br><br>DEFENDANTS | C.A. No. 1:23-cv-12139-NMG |

**DEFENDANT'S NOTICE OF MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(3) and 12(b)(6), Defendant Heidi Hallisey, through her attorney, James Sullivan, admitted *pro hac vice*, respectfully moves to dismiss Count II and V, and for other and further relief as the Court deems just and proper. In support, Defendant Hallisey submits her MEMORANDUM IN SUPPORT OF DEFENDANT HEIDI HALLISEY'S MOTION TO DISMISS on November 22, 2023, which is being filed contemporaneously with this motion and the AFFIDAVIT OF HEIDI HALLISEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, which is also being filed contemporaneously with this motion.

[SIGNATURE PAGE FOLLOWS]

                                        Respectfully submitted,

                                        HEIDI HALLISEY, Defendant

Date: November 22, 2023         BY  /s/ James D. Sullivan
                                                      JAMES D. SULLIVAN
                                                      Admitted *pro hac vice*
                                                      Georgia Bar #521721
                                                      411 Walnut St, PMB 15855
                                                      Green Cove Springs, FL 32043
                                                      Tel. (770)329-3710
                                                      jimsullivan20@gmail.com

## *LOCAL RULE 7.1(a)(2) CERTIFICATION*

I, James D. Sullivan, hereby certify that I have attempted to confer with Plaintiffs Counsel of record by electronic mail to resolve the subject matter of this motion before filing.

DATED: November 22, 2023

                                              /s/ James D. Sullivan
                                              JAMES D. SULLIVAN

## *CERTIFICATE OF SERVICE*

I, James D. Sullivan, hereby certify that I have served the above document on the Plaintiff's and Co-Defendants' Counsel of record by electronic mail through this Court's CM/ECF system.

DATED: November 22, 2023

                                              /s/ James D. Sullivan
                                              JAMES D. SULLIVAN