UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSS KOVANDA and JAMES LaROSE, As Executors of the Estate of Karen Ann Kovanda and as Trustees Of The Karen Ann Kovanda Revocable Living Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>HEITMAN LLC, as Administrator of the HEITMAN EMPLOYEES ADVANTAGE RETIREMENT PLAN, and HEIDI HALLISEY,<br><br>    Defendants. | No. 23-cv-12139-NMG |

**REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS TO DISMISS**

CABELL, U.S.M.J.

I.  **INTRODUCTION**

   This action arises from a dispute over the distribution of an employer-sponsored retirement savings plan account that belonged to Karen Ann Kovanda ("Kovanda"). Following Kovanda's death in 2021, her former employer, Heitman LLC ("Heitman"), distributed the proceeds of her retirement account to Kovanda's sister, Heidi Hallisey ("Hallisey"), based on a beneficiary designation Kovanda had made in 2002. Plaintiffs Ross A. Kovanda and James P. LaRose (collectively, "Plaintiffs") are the executors of Kovanda's last will and testament and trustees of the Karen Ann Kovanda Revocable

*After consideration of the objections thereto (Docket Nos. 51 and 52), Report and Recommendation is accepted and adopted.*

*SBMGorton, USDJ 08/12/2024*