**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROSS KOVANDA and JAMES LaROSE,<br><br>as Executors of the Estate of Karen Ann Kovanda and as Trustees of the Karen Ann Kovanda Revocable Living Trust,<br><br>PLAINTIFFS,<br><br>v.<br><br>HEITMAN LLC, as Administrator of the HEITMAN EMPLOYEES ADVANTAGE RETIREMENT PLAN,<br><br>DEFENDANT. | C.A. No. 1:23-cv-12139-DLC |

**NOTICE OF SETTLEMENT**

NOW COME THE PARTIES, Plaintiffs Ross Kovanda and James LaRose ("Plaintiffs"), and Defendant Heitman, LLC ("Heitman" and, collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41 (a) (1)(ii), and hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiffs against Heitman in the above-referenced action.

The Parties further agree and stipulate that each Party shall bear their own costs and attorneys' fees and that each Party waives all rights of appeal with respect to such dismissal.

[*Remainder of page left blank intentionally*]

| Ross Kovanda and James LaRose,<br><br>By their Attorney,<br><br>*/s/ Leigh Martinson*<br>Leigh Martinson, BBO # 658669<br>McCarter & English, LLP<br>265 Franklin Street<br>Boston, MA 02110<br>Tel. 617-449-6500<br>lmartinson@mccarter.com | Heitman LLC<br><br>By its Attorneys,<br><br>*/s/ Sarah M. Eberspacher*<br>Joshua M. Davis, BBO #558852<br>Jennifer L. Mikels, BBO #682199<br>Kathleen M. Ritter, BBO #716086<br>Sarah M. Eberspacher, BBO #707133<br>Goulston & Storrs PC<br>One Post Office Square<br>Boston, MA 02109<br>(617) 482-1776<br>jdavis@goulstonstorrs.com<br>jmikels@goulstonstorrs.com<br>kritter@goulstonstorrs.com<br>seberspacher@goulstonstorrs.com |
|---|---|

Dated: October 26, 2026

## CERTIFICATE OF SERVICE

I, Sarah M. Eberspacher, hereby certify that on October 26, 2026, I caused the foregoing document to be electronically filed using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants and paper copies to those indicated as non-registered participants.

*/s/ Sarah M. Eberspacher*
Sarah M. Eberspacher